DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MAURICE HUMPFRIES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0051

_____

April 19, 2024

Appeal from the Circuit Court for Pasco County; Gregory G. Groger,
Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr.,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.